IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -7 AM 7: 58

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

MAURICE JACKSON                                     05cr20056-17-Ma

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of __9/06/05__ through __9/14/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY, SEPTEMBER 14, 2005 AT 9:30 A.M. BEFORE MAGISTRATE JUDGE DIANE K. VESCOVO**.

This __6__ day of __September__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-16-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 217 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT