IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20056-17-Ma |
| | ) | |
| MAURICE JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA**

This cause came on to be heard on November 3, 2005, the United States Attorney for this district appearing for the Government and the defendant, Maurice Jackson, appearing in person and with retained counsel, Mr. Mark Mesler.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, February 3, 2006 at 2:30 p.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 3d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
55 and/or 32(b) FRCrP on  11-8-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 490 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT